# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 107
Petróleos de Venezuela S.A., et al.,
      Appellants,
    v.
MUFG Union Bank, N.A. et al.,
      Respondents.

Michael J. Gottlieb, for appellants.
Walter Rieman, for respondents.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument. Acting Chief Judge Cannataro and Judges Rivera, Garcia, Wilson, Singas and Troutman concur.

Decided November 22, 2022